# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

January 29, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: United States
        v. Miguel Angel Cano
        No. 20-1043
        (Your No. 17-50151)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on January 29, 2021 and placed on the docket January 29, 2021 as No. 20-1043.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk